# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160<br>
Main:  305-949-7777<br>
Fax:     305-704-3877

October 22, 2024

**VIA CM/ECF**
Honorable Judge J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square - Courtroom 706
New York, NY 10007-1312

      Re: Velasquez v. New-Precise Beauty Supply LLC, et al
         Case 1:24-cv-04465-JPO

Dear Judge Oetken:

  The undersigned represents the Plaintiff in the above-captioned case matter. Per Order [D.E. 9], Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint, and to either file a status letter or move for default judgement.

  The date on the Affidavit of Service is the date a server delivers the Complaint and Summons to the Department of State ("DOS").  Service by the DOS is done by Certified Mail.  At this time, service of process through the DOS is delayed or backlogged by 6 to 8 weeks.  Though the Affidavits of Service were filed on the docket. D.E. 7 and D.E. 8, we are not certain of reception, and the delay in response may be attributed to the backlog with the DOS. Due to the delay and as no response was forthcoming, the Plaintiff will be serving the Defendants again, through an independent process server.

  The undersigned, therefore, respectfully requests the Court for an extension of time of 45 days to allow Defendants to be able to be personally served and to appear in this matter.

  Thank you for your kind attention to this matter.

            Sincerely,

          By: /S/ B. Bradley Weitz
            B. Bradley Weitz, Esq. (BW9365)
            THE WEITZ LAW FIRM, P.A.
            Attorney for Plaintiff
            Bank of America Building
            18305 Biscayne Blvd., Suite 214
            Aventura, Florida 33160
            Telephone: (305) 949-7777
            Facsimile: (305) 704-3877
            Email: bbw@weitzfirm.com