# THE WEITZ LAW FIRM, P.A.

Bank of America Building  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160

January 10, 2025

**VIA CM/ECF**
Honorable Judge J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square - Courtroom 706
New York, NY 10007

    Re: Velasquez v. New-Precise Beauty Supply LLC, et al.
       Case 1:24-cv-04465-JPO

Dear Judge Oetken:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 17, 2025 at 11:30 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 7 & D.E. 8]. The undersigned counsel has undertaken additional efforts including follow-up correspondence with a copy of the Summons and Complaint by courier service to the corporate facilities in order to facilitate contact from defendants.

  As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court.

  Thank you for your consideration of this first adjournment request.

              Sincerely,

              By: /S/   B. Bradley Weitz
                B. Bradley Weitz, Esq. (BW9365)
                THE WEITZ LAW FIRM, P.A.
                Attorney for Plaintiff
                Bank of America Building
                18305 Biscayne Blvd., Suite 214
                Aventura, Florida 33160
                Telephone: (305) 949-7777
                Facsimile:  (305) 704-3877
                Email: bbw@weitzfirm.com