UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,

                Plaintiff,

-v-

NEW-PRECISE BEAUTY SUPPLY LLC, *et al.*,

                Defendants.

24-CV-4465 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Plaintiff filed this action on June 11, 2024. (ECF No. 1.) Plaintiff subsequently filed two affidavits of service on August 26, 2024. (ECF Nos. 7, 8.) However, Defendants have yet to appear in the case and Plaintiff has yet to move for default judgment, despite multiple orders from the Court to do so. (ECF Nos. 9, 24, 26.) Per the Court's latest Order, Plaintiff was required to update the Court on the status of the case on July 21, 2025. (ECF No. 26.) However, he has failed to file any updates or move for default judgment.

    Accordingly, in light Plaintiff's failure to prosecute this case and to respond to this Court's Order, this case is DISMISSED without prejudice. The Clerk is directed to close the case.

    SO ORDERED.

Dated: July 23, 2025
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge